

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00009-CV

_____

WILLIAM R. AND SUSAN M. KNODERER, Appellants

V.

STATE FARM LLOYDS, PENNI PERKINS AND TOM ROBERTS, Appellees

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 74,037

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

William R. and Susan M. Knoderer, appellants, have filed an unopposed motion requesting that the appellate record filed in cause number 06-13-00027-CV, also styled *William R. and Susan M. Knoderer v. State Farm Lloyds, Penni Perkins, and Tom Roberts*, be incorporated into this matter and made a part of the appellate record in this cause. We grant the motion, to the extent possible. We note that original documents marked "Exhibit 31" were filed as part of the record in cause number 06-13-00027-CV. Those original exhibits were returned to the Hunt County District Clerk's Office once the mandate issued in 06-13-00027-CV; consequently, those records are specifically excepted from the dictates of this order.

The clerk of this Court is ordered to incorporate the appellate record, excepting the originally filed documents marked "Exhibit 31," from cause number 06-13-00027-CV into cause number 06-16-00009-CV as a part of the appellate record in that matter. *See* TEX. R. APP. P. 2.

IT IS SO ORDERED.

BY THE COURT

Date: May 17, 2016

2